UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHARITY DANSO,

                      Plaintiff,

-against-

MINNIE ROSE, LLC,

                      Defendant.
------------------------------------------------------------X

23 Civ. 9904 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the parties submitted an unsigned proposed case management plan and scheduling order on January 3, 2024.

WHEREAS, an Order dated January 4, 2024, directed the parties to refile the proposed case management plan and scheduling order with the proper signatures on the fifth page by January 9, 2024.

WHEREAS, on January 4, 2024, the parties refiled the proposed case management plan and scheduling order, still without the proper signatures. It is hereby

**ORDERED** that by **January 12, 2024,** the parties shall file the proposed case management plan and scheduling order with signatures from counsel for each party on the lines appearing on the fifth page.

Dated: January 10, 2024
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE